## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        NO. 4:14CR00010-05 JLH

ROBERT YOUNG, JR.                                                                       DEFENDANT

### ORDER

On April 7, 2014, United States Magistrate Judge Beth Deere appointed CJA Panel Attorney Jordan B. Tinsley to represent defendant Robert Young, Jr., in the above styled matter. Attorney John C. Collins, II, filed an entry of appearance as retained counsel on April 14, 2014.

IT IS HEREBY ORDERED that John C. Collins, II, is hereby substituted as counsel of record for defendant Robert Young, Jr., and Jordan B. Tinsley is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 22nd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE