**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                  No. 4:14CR00010-05 JLH

ROBERT YOUNG, JR.                                                                             DEFENDANT

**ORDER**

Pending before the Court is defendant's motion to continue hearing on appeal of the magistrate's detention order currently set for Thursday, May 15, 2014, at 1:30 p.m. The motion is GRANTED. Document #198.

The hearing on the motion for amendment to the order of detention is hereby rescheduled for **FRIDAY, MAY 16, 2014, at 9:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #196.

IT IS SO ORDERED this 29th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE